**ORIGINAL**

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-673

TO:  William Newson  SBI#: 257317

FROM:  Stacy Shane, Support Services Secretary

RE:  **6 Months Account Statement**

DATE:  September 8, 2005

FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of March 1, 2005 to August 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| March | 43.32 |
| April | 141.38 |
| May | 10.37 |
| June | 2.46 |
| July | 15.77 |
| Aug | 11.75 |

Average daily balances/6 months: 37.14

Attachments
CC: File

Stacy Shane
9/8/05

Notary public
9/8/05