☑ ORIGINAL

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-673

TO: William Newsom SBI#: 257317

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: September 8, 2005

FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of March 1, 2005 to August 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| March | 43.32 |
| April | 141.38 |
| May | 10.37 |
| June | 2.46 |
| July | 15.77 |
| Aug | 11.75 |

Average daily balances/6 months: 37.14

Attachments
CC: File

Stacy Shane
9/8/05

Notary Public
[signature]
9/8/05

# Individual Statement

## For Month of August 2005

Date Printed: 9/16/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.13 |
|---|---|---|---|---|---|---|
| 00257317 | Newsom | William | A | | | |

Current Location: V    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 8/2/2005 | $27.93 | $0.00 | $0.00 | $48.06 | 139498 | | PRISON INDUSTRIES | |
| Canteen | 8/3/2005 | ($46.73) | $0.00 | $0.00 | $1.33 | 140002 | | | |
| Pay-To | 8/5/2005 | ($0.69) | $0.00 | $0.00 | $0.64 | 141355 | | DST/POSTAGE | |
| Supplies-MailP | 8/9/2005 | $0.00 | $0.00 | ($1.88) | $0.64 | 142819 | | 10/5/04 | |
| Supplies-MailP | 8/19/2005 | ($0.64) | $0.00 | ($1.24) | $0.00 | 147196 | | 10/5/04 | |
| Visit | 8/24/2005 | $40.00 | $0.00 | $0.00 | $40.00 | 148763 | 85467444428-24787 | | L STRURR |
| Canteen | 8/31/2005 | ($35.42) | $0.00 | $0.00 | $4.58 | 151826 | | | |

Ending Mth Balance: $4.58

# Individual Statement

Date Printed: 9/16/2005

## For Month of July 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $0.16 |
|---|---|---|---|---|---|---|
| 00257317 | Newsom | William | A | | | |

Current Location: V   Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 7/1/2005 | $30.96 | $0.00 | $0.00 | $31.12 | 126808 | | | |
| Canteen | 7/7/2005 | ($30.71) | $0.00 | $0.00 | $0.41 | 129130 | | | |
| Mail | 7/14/2005 | $25.00 | $0.00 | $0.00 | $25.41 | 131634 | | PRISON INDUSTRIES | |
| Canteen | 7/21/2005 | ($25.28) | $0.00 | $0.00 | $0.13 | 134581 | 5420788213 | | L STUER |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.69) | $0.13 | 135634 | | DST/POSTAGE | |
| Mail | 7/26/2005 | $20.00 | $0.00 | $0.00 | $20.13 | 136351 | 5439433378 | | J MAHL |

Ending Mth Balance:   $20.13

# Individual Statement

## For Month of June 2005

Date Printed: 9/16/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.24 |
|---|---|---|---|---|---|---|
| 00257317 | Newsom | William | A | | | |

Current Location: V    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 6/1/2005 | $29.29 | $0.00 | $0.00 | $29.53 | 114274 | | PRISON INDUSTRIES | |
| Canteen | 6/2/2005 | ($29.41) | $0.00 | $0.00 | $0.12 | 115085 | | | |
| Visit | 6/8/2005 | $20.00 | $0.00 | $0.00 | $20.12 | 117627 | 8231272784 | | L STEVER |
| Canteen | 6/10/2005 | ($19.96) | $0.00 | $0.00 | $0.16 | 118627 | | | |

Ending Mth Balance: $0.16

# Individual Statement

## For Month of May 2005

Date Printed: 9/16/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Reg Mth Balance: | $0.39 |
|---|---|---|---|---|---|---|
| 00257317 | Newsom | William | A | | | |

Current Location: V    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 5/2/2005 | $7.12 | $0.00 | $0.00 | $7.51 | 100967 | | | |
| Mail | 5/12/2005 | $25.00 | $0.00 | $0.00 | $32.51 | 108097 | | | L SNOW |
| Canteen | 5/12/2005 | ($7.40) | $0.00 | $0.00 | $25.11 | 106274 | 926900.2081 | PRISON INDUSTRIES | |
| Canteen | 5/19/2005 | ($15.27) | $0.00 | $0.00 | $9.84 | 109201 | | | |
| Canteen | 5/26/2005 | ($9.60) | $0.00 | $0.00 | $0.24 | 112203 | | | |

Ending Mth Balance: $0.24

# Individual Statement

Date Printed: 9/16/2005

## For Month of April 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $286.35 |
|---|---|---|---|---|---|---|
| 00257317 | Newsom | William | A | | | |

Current Location: V    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/6/2005 | ($71.72) | $0.00 | $0.00 | $214.63 | 91033 | | | |
| Misc | 4/8/2005 | $20.00 | $0.00 | $0.00 | $234.63 | 91652 | 8230371041 | | J NEWKIRK |
| Visit | 4/12/2005 | $25.00 | $0.00 | $0.00 | $259.63 | 93248 | 0131602734 | | L. STEVER |
| Canteen | 4/14/2005 | ($26.53) | $0.00 | $0.00 | $233.10 | 94006 | | | |
| Pay-To | 4/15/2005 | ($12.00) | $0.00 | $0.00 | $221.10 | 95219 | | PROJECT AWARE | |
| Pay-To | 4/15/2005 | ($12.00) | $0.00 | $0.00 | $209.10 | 95263 | | NAACP | |
| Pay-To | 4/18/2005 | ($180.00) | $0.00 | $0.00 | $29.10 | 95353 | | KIMBERLY ANN THO | |
| Pay-To | 4/18/2005 | ($30.00) | $0.00 | $0.00 | ($0.90) | 95354 | | S SMITH | |
| Canteen | 4/19/2005 | $1.11 | $0.00 | $0.00 | $0.21 | 96205 | | refund | |
| Visit | 4/26/2005 | $30.00 | $0.00 | $0.00 | $30.21 | 96642 | 0131605083 | | L. STEUER |
| Canteen | 4/28/2005 | ($29.82) | $0.00 | $0.00 | $0.39 | 99425 | | | |

Ending Mth Balance: $0.39

# Individual Statement

## For Month of March 2005

Date Printed: 9/16/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $10.05 |
|---|---|---|---|---|---|---|
| 00257317 | Newson | William | A | | | |

Current Location: V    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 3/1/2005 | $23.04 | $0.00 | $0.00 | $333.09 | 74763 | FS1/24-2/23 | | |
| Canteen | 3/3/2005 | ($20.72) | $0.00 | $0.00 | $12.37 | 76625 | | | |
| Pay-To | 3/7/2005 | ($12.00) | $0.00 | $0.00 | $0.37 | 77642 | | MASJID MUHAMMAD | |
| Visit | 3/8/2005 | $50.00 | $0.00 | $0.00 | $50.37 | 78085 | 4537520305-9723 | | L STEVEN |
| Canteen | 3/10/2005 | ($46.68) | $0.00 | $0.00 | $3.69 | 79861 | | | |
| Canteen | 3/17/2005 | ($3.27) | $0.00 | $0.00 | $0.42 | 82337 | | | |
| Visit | 3/22/2005 | $25.00 | $0.00 | $0.00 | $25.42 | 84038 | 131599197 | | L STEWER |
| Canteen | 3/24/2005 | ($25.28) | $0.00 | $0.00 | $0.14 | 85346 | | | |
| Visit | 3/29/2005 | $380.00 | $0.00 | $0.00 | $380.14 | 86344 | 4585003357-10120 | | L STEVENS |
| Canteen | 3/31/2005 | ($93.79) | $0.00 | $0.00 | $286.35 | 87710 | | | |

Ending Mth Balance:    $286.35