ORIGINAL COPY

05-673

FORM #585

## MEDICAL GRIEVANCE

FACILITY: Delaware Correctional Center    DATE SUBMITTED: 5-31-04

INMATE'S NAME: William A. Newsom    SBI#: 257317

HOUSING UNIT: MHU BLDG. 22 B7U    CASE #: 3920

FILED SEP 15 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Approx. 2:00 pm on Sept. 25, 2003

TYPE OF MEDICAL PROBLEM:

I broke and dislocated a finger while in pre-trial on the above date and time. I was x-rayed on 9-29-03, Dr. Ali tried to fix it several times on 9-29-03 with no success. I was given appointment for Dr. Manifold in Dover on 10-17-03. Dr. Manifold stated that at the time of his exam that he could not fix it because too much time went by before I was seen by him. Dr. Manifold further stated that I needed to see another specialist within 10 days if there was any chance at all of fusing my finger back together.

Medical failed to give proper treatment since that time. I filed my first medical grievance on 10-22-03. Treatment administrator Brenda Holwerda saw me about my grievance on 11-3-03 and agreed I should be treated and have a official grievance hearing. I left D.C.C. on a detainer on 12-4-03 and returned to D.C.C. on 5-20-04. It has been 8 months with no further treatment or response to my first grievance.

GRIEVANT'S SIGNATURE: William A. Newsom    DATE: 5-31-04

ACTION REQUESTED BY GRIEVANT:

After several attempts to resolve this problem through grievances and speaking to Brenda Holwerda, I'm request immediate action on this grievance by having a formal hearing and also speaking to a supervisor above Brenda Holwerda, such as Terri or Gina

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

RECEIVED JUN 01 2004 Inmate Grievance Office

EXHIBIT "A"