2nd MEDICAL GRIEVANCE
FORM #584 to #585

## MEDICAL GRIEVANCE FORM

FACILITY: D.C.C.                                    DATE: 5-31-04

GRIEVANT'S NAME: WILLIAM A. NEWSOM    SBI#: 257317

CASE#: _____                  TIME OF INCIDENT: _____

HOUSING UNIT: BLDG. 22 B71J

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I BROKE + DISLOCATED A FINGER WHILE IN PRE-TRIAL ON 9-25-03 AT 2:00 PM. I WAS X-RAYED ON 9-29-03, AT WHICH TIME DR. ALI TRIED TO FIX IT SEVERAL TIMES WITH NO SUCCESS. I SAW DR. MANIFOLD IN DOVER ON 10-17-03 ECT..... (SAME INFO AS 1ST GRIEVANCE).

MEDICAL FAILED TO GIVE PROPER TREATMENT SINCE THAT TIME. I FILED FIRST MEDICAL GRIEVANCE ON 10-22-03. TRTMNT. ADMIN. BRENDA HOLWERDA SAW ME ABOUT MY GRIEVANCE ON 11-3-03 AND AGREED I SHOULD BE TREATED AND HAVE A OFFICIAL GRIEVANCE HEARING. I LEFT D.C.C. ON A DETAINER ON 12-4-03 AND RETURNED TO D.C.C. ON 5-20-04. IT HAS BEEN 8 MONTHS WITH NO FURTHER TREATMENT OR RESPONSE TO MY FIRST GRIEVANCE.

ACTION REQUESTED BY GRIEVANT: AFTER SEVERAL ATTEMPTS TO RESOLVE THIS PROBLEM THROUGH GRIEVANCES AND SPEAKING TO BRENDA HOLWERDA, I'M REQUESTING IMMEDIATE ACTION ON THIS GRIEVANCE BY HAVING A FORMAL HEARING AND ALSO SPEAKING TO A SUPERVISOR ABOVE BRENDA HOLWERDA, SUCH AS PERRI OR GILA

GRIEVANT'S SIGNATURE: William A. Newsom    DATE: 5-31-04

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

EXHIBIT "B"