**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/04/2004

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : NEWSOM, WILLIAM A | **SBI#** : 00257317 | **Institution** : DCC |
| **Grievance #** : 3920 | **Grievance Date** : 05/31/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/25/2003 | **Incident Time** : 14:00 |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 22, Upper, Tier B, Cell 7, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I broke and dislocated a finger while in pretrial on the above date and time. I was xrayed on 9/29/04, dr alie tried to fix it several times on 9/29/03 with no sucess. I was given appt. for d r manifold in dover on 10/17/04  Dr. Mainifold stated at thattime of his exam that he could not fix it because too much time went by before I was seen by him. Dr. Mainifold further stated I needed to see another specialist within 1o days if there was a chance at all of fusing my finger back together. Medicacl failed to give proper treatment. I filed my first medical grievance 10/22/03, treatment administrator Holwerda saw me about my grievance on 11/3/04 and agreed I should be treated and have an official grievance hearing. I left DCC on a detainer on 12/4/03 and returned 5/20/04. It has been 8 months with no further treatment or response to my first grievance.

**Remedy Requested** : After several attempts to resolve this problem through grievances and speaking to holwerda I'm requesting immediate action on this grievance by havinf a formal hearing and also speaking to supervisor above holwerda such as terri or gina.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 06/03/2004 |
| **Investigation Sent** : 06/03/2004 | **Investigation Sent To** : Hastings, Terry L |
| **Grievance Amount** : | |

*"EXHIBIT "C"*