DCC  Delaware Correctional Center                    Date: 06/04/2004
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION |||
|---|---|---|
| Offender Name : NEWSOM, WILLIAM A | SBI# : 00257317 | Institution : DCC |
| Grievance # : 3920 | Grievance Date : 05/31/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/25/2003 | Incident Time : 14:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 7, Top ||

| INFORMAL RESOLUTION ||
|---|---|
| Investigator Name : Hastings, Terry L | Date of Report 06/03/2004 |
| Investigation Report : ||
| Reason for Referring: ||

4/7/04 Request Grievance Hearing to resolve grievance.

Sgt E Reelucian

Offender's Signature: X William A. Newsom
Date: 4/7/04
Witness (Officer): Brenda [signature]

EXHIBIT "C"

Page 2 of 2