DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/16/2004

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : NEWSOM, WILLIAM A | SBI# : 00257317 | Institution : DCC |
| Grievance # : 3920 | Grievance Date : 05/31/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/25/2003 | Incident Time : 14:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 7, Top | |

### IGC

Medical Provider:                    Date Assigned

Comments:

☑ Forward to MGC            ☐ Warden Notified

☐ Forward to RGC            Date Forwarded to RGC/MGC : 06/16/2004

☐ Offender Signature Captured    Date Offender Signed    :

EXHIBIT "C"