Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/16/2004

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : NEWSOM, WILLIAM A | SBI# : 00257317 | Institution : DCC |
| Grievance # : 3920 | Grievance Date : 05/31/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/25/2003 | Incident Time : 14:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 7, Top | |

### MGC

Date Received : 06/16/2004        Date of Recommendation: 06/16/2004

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| | | | |

### VOTE COUNT

Uphold :                Deny :                Abstain :

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

EXHIBIT "C"

Page 4 of 4