

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/16/2004

22

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : NEWSOM, WILLIAM A | SBI# : 00257317 | Institution : DCC |
| Grievance # : 3920 | Grievance Date : 05/31/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/25/2003 | Incident Time : 14:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 7, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I broke and dislocated a finger while in pretrial on the above date and time. I was xrayed on 9/29/04, dr alie tried to fix it several times on 9/29/03 with no sucess. I was given appt. for dr manifold in dover on 10/17/04 Dr. Mainifold stated at thattime of his exam that he could not fix it because too much time went by before I was seen by him. Dr. Mainifold further stated I needed to see another specialist within 1o days if there was a chance at all of fusing my finger back together. Medicacl failed to give proper treatment. I filed my first medical grievance 10/22/03, treatment administrator Holwerda saw me about my grievance on 11/3/04 and agreed I should be treated and have an official grievance hearing. I left DCC on a detainer on 12/4/03 and returned 5/20/04. It has been 8 months with no further treatment or response to my first grievance.

**Remedy Requested :** After several attempts to resolve this problem through grievances and speaking to holwerda I'm requesting immediate action on this grievance by havinf a formal hearing and also speaking to supervisor above holwerda such as terri or gina.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 06/03/2004 |
| Investigation Sent : 06/03/2004 | Investigation Sent To : Hastings, Terry L |
| Grievance Amount : | |

Level II hearing 9/14/04    Present    L. Hunter
                                        D. Mozie
                                        D. Reeve
                                        T. Hastings
                                        L. Merson.

Inmate went out on detainer for 8 months. Has never submitted a sick call slip since return.

Grievance Rejected

EXHIBIT 

C5    Page 1 of 4