MY COPY    3rd GRIEVANCE

# FORM #585

## MEDICAL GRIEVANCE

FACILITY: D.C.C.

INMATE'S NAME: WILLIAM A. NEWSOM

HOUSING UNIT: MHU 22 BDU

DATE SUBMITTED: 7-19-04

SBI#: 257317

CASE #: _____

---

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 9-25-03 APPROX 2:00 PM

TYPE OF MEDICAL PROBLEM:

I FILED A MEDICAL ON OCTOBER 22, 2003 + ON MAY 31, 2004 CONCERNING A BROKE + DISLOCATED FINGER. I SIGNED A INFORMAL RESOLUTION ON 6-7-04 REQUESTING A GRIEVANCE HEARING. 1½ MONTHS HAVE PASSED AND I STILL HAVE NOT HAD MY HEARING ON GRIEVANCE # 3720.

ALSO, I NOTIFIED MEDICAL TWO MONTHS AGO ON MAY 20, 2004 THAT I WAS ALLERGIC TO SEAFOOD. I HAVE PUT IN TWO SICK CALL SLIPS SINCE THEN TO SEE THE NUTRITIONIST FOR ALTERNATIVE MEALS. MEDICAL HAS FAILED TO HAVE ME SEE THE NUTRITIONIST.

GRIEVANT'S SIGNATURE: William A. Newsom    DATE: JULY 17, 2004

ACTION REQUESTED BY GRIEVANT: _____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EXHIBIT "D"