DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/22/2004

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : NEWSOM, WILLIAM A | SBI# : 00257317 | Institution : DCC |
| Grievance # : 5226 | Grievance Date : 07/19/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/25/2003 | Incident Time : 14:00 |
| IGC : Merson, Lise M | Housing Location :Bldg 22, Upper, Tier B, Cell 7; Top | |

### INFORMAL RESOLUTION

Investigator Name : Hastings, Terry L      Date of Report 07/20/2004

Investigation Report :

Reason for Referring:

Greivance not resolved. Request Levell II.

HAD LEVEL II HEARING ON SEPTEMBER 14, 2004 AT APPROX. 12:40 PM, WAS DENIED HEARING AND RETURNED TO MY HOUSING UNIT WHERE MY BUILDING SGT., SGT. JONES CONTACTED OFFC. L. MERSON THE GRIEVANCE CORDINATOR AND ASKED WHY I DIDN'T RECEIVE MY HEARING. OFFCR. MERSON INFORMED SGT. JONES THAT, "MR. NEWSOMS GRIEVANCE WAS DENIED."

Offender's Signature: _____

Date : 8-4-04

Witness (Officer) : Edith Rivera, RN

EXHIBIT "E"