(B U 7)

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/22/2004

22

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : NEWSOM, WILLIAM A | SBI# : 00257317 | Institution : DCC |
| Grievance # : 5226 | Grievance Date : 07/19/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/25/2003 | Incident Time : 14:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 7, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I filed grievances on 10/22/03 and 5/31/04 concerning a broke and dislocated finger. I signed a informal resolution on 6/7/04 requesting a grievance hearing. 1 1/2 months have passed and I still have not had my hearing on grievance 3920.
Also I notified medical 2 months ago on 5/20/04 that I was allergic to seafood. I have put in two sick call slips since then ti see the nutritionist for alternative meals. medical has failed to have me seen.

**Remedy Requested** :

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 07/20/2004 |
| Investigation Sent : 07/20/2004 | Investigation Sent To : Hastings, Terry L |
| Grievance Amount : | |

Level II hearing   9/14/04    Present L Hunter
                                     T. Hastings
                                     D Reeve
                                     L. Merson
                                     D Mazie

No action requested, grievance rejected.

EXHIBIT "E 3"

Page 1 of 2