Time of incident
Approx September 17, 2004 11: Am.

CORRECTIONAL FACILITY: **D.C.C.**

GRIEVANCE FORM

DATE: **November 22, 2004**

NAME: **William A. Newsome**   NO.: **257317**   HOUSING UNIT: **D/E D-10**

DESCRIPTION OF THE PROBLEM:
(BRIEFLY STATE THE REASON FOR THE GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT, IF ANY).

On September 17, 2004 I filed an appeal on a medical grievance that was denied on September 14, 2004. My reason for filing the appeal was because I still had not been given proper medical care. I was denied due process to the grievance process, and I just became aware of my right to be present at the level II medical grievance hearing. I became knowledgeable of this on Nov. 22, 2004. Beureau of Prisons Procedure 4.4 clearly states that the inmate must be present at the level II hearing, this however, did not happen. Furthermore, I have not heard anything about the appeal that I filed.

SIGNED: _____   DATE: **Nov 22, 2004**

REPRESENTATIVE REQUESTED: ✓ (YES)   ___ (NO)   WHO: _____

ACTION REQUESTED BY RESIDENT: An investigation as to why I was denied my right to be present at my level II hearing for my medical grievance on Sept. 14, 2004, and an investigation as to why I have not received a response to my appeal I filed on Sept. 17, 2004

THIS INFORMAL RESOLUTION IS ACCEPTED:
(TO BE COMPLETED ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT SIGNATURE: _____

DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE RESOLUTION COMMITTEE (RGRC).

EXHIBIT "G"