RE: MEDICAL NEGLECT AND MEDICAL GRIEVANCE #3920

RECEIVED JUL 23 2004

DEPUTY WARDEN BURRIS:            Deputy Warden II

My name is William Newsom. I'm writing you in hopes that you can assist me with some help. I'm being denied proper and adequate medical treatment.

I broke and dislocated my finger in pre-trial (10) months ago on September 25, 2003. It took medical (4) days to get it x-rayed. They tried to fix it themselves and couldn't. I was sent to a outside doctor (18) days later on October 17, 2003. The doctor examined me and said, "I needed major reconstructive hand surgery to save my finger". The doctor also stated that, "It should be done within the next couple of weeks to avoid permanent damage". The doctor sent his recomendation to the medical department here at D.C.C.

Medical failed to act on the doctors recomendation and took the position that my injury was not life threatening.

I filed my first medical grievance on October 22, 2003. I left D.C.C. on a detainer on December 4, 2003. I did not receive my grievance hearing at this point. I returned to D.C.C. on May 20, 2004. At this time I filed my second grievance on May 31, 2004. Treatment Administrator Brenda Holwerda brought me a informal resolution for me to sign on June 7, 2004. I signed it stating I wanted a grievance hearing to resolve this matter. A month and a half has passed and I still have not had a hearing. My finger has been broke and dislocated for (10) months now and appears to be permanently damaged.

Also, I notified medical that I was allergic to seafood almost two months

EXHIBIT "I" (2-sided)

AGO WHEN I RETURNED FROM MY DETAINER. I HAVE FILED TWO MEDICAL REQUEST/SICK CALL SLIPS TO SEE THE NUTRITIONIST SO I COULD RECEIVE ALTERNATIVE MEALS. MEDICAL HAS FAILED TO HAVE ME SEE A NUTRITIONIST FOR TWO MONTHS NOW.

I'M WRITING YOU TO EXHAUST ALL REMEDIES UNDER THE PRISON LITIGATION REFORM ACT TO RESOLVE THE ISSUES OF MEDICAL NEGLECT BEFOR HAVING TO TAKE LEGAL ACTION.

ENCLOSED, PLEASE FIND A COPY OF THE LETTER I SENT TO TERRY L. HASTINGS, MEDICAL SUPERVISOR. I'VE ALSO ENCLOSED A COPY OF THE THIRD MEDICAL GRIEVANCE I JUST FILED.

YOUR ASSISTANCE WITH THIS MATTER WOULD BE GREATLY APPRECIATED.

CC: DEPUTY WARDEN BURRIS
CAPTAIN SAGERS
FILE

RESPECFULY SUBMITTED,
William A. Newsom
S.B.I. # 257317
MHU 22 B 7 U