

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE DEPUTY WARDEN**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

## MEMORANDUM

To:     Inmate William A. Newsom, SBI #257317  MHU 22

From:   Deputy Warden Burris

Date:   September 9, 2004

Re:     Medical Issues

---

I received your letter dated July 19, 2004, and it is being sent to Security Superintendent Cunningham for his follow up with the medical department.

EB/mh
Attachment
Cc:     Security Superintendent Cunningham
        File

EXHIBIT "J"