RE: MEDICAL GRIEVANCE #3920                                    7-19-04

MRS. HASTINGS:

I'M WRITTING CONCERNING A UNRESOLVED GRIEVANCE THAT I FILED ON MAY 31, 2004. THE MEDICAL UNIT RECEIVED THE GRIEVANCE ON JUNE 3, 2004, CONCERNING A BROKE AND DISLOCATED FINGER THAT MEDICAL FAILED TO PROPERLY TREAT. BRENDA HOLWERDA BROUGHT ME A INFORMAL RESOLUTION ON JUNE 7, 2004. I SIGNED THE FORM REQUESTING A GRIEVANCE HEARING TO RESOLVE THIS PROBLEM. A MONTH AND A HALF HAS PASSED AND I HAVE NOT RECEIVED MY HEARING. WHEN WILL I RECEIVE MY HEARING TO RESOLVE THIS MATTER?

ALSO, I HAVE BEEN BACK IN THE INSTITUTION SINCE MAY 21, 2004. I MADE MEDICAL AWARE OF THE FACT THAT I AM ALLERGIC TO SEAFOOD. I HAVE FILED TWO MEDICAL REQUEST SINCE THEN TO SEE A NUTRITIONIST TO RECEIVE ALTERNATIVE MEALS. TWO MONTHS HAVE PASSED. WHEN WILL I SEE A NUTRITIONIST TO RESOLVE THIS ISSUE?

I HAVE FILED ANOTHER MEDICAL GRIEVANCE AND A COPY OF THIS LETTER TO DEPUTY WARDEN ELIZABETH BURRIS AND ALSO TO CAPTAIN SAGERS.

CC: DEPUTY WARDEN BURRIS
    CAPTAIN SAGERS
    FILE

RESPECTFULY SUBMITTED,
William A. Newsom
S.B.I. # 257317
MHU 22 BTU

EXHIBIT "K"