SEPTEMBER 16, 2004

100 WEST 10th ST., SUITE 905
WILMINGTON, DE. 19801

FROM: WILLIAM A. NEWSOM
S.B.I. # 257317
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE. 19977

DEAR SIR:

I'M WRITING IN HOPES THAT YOUR ORGANIZATION CAN ASSIST ME WITH A GREAT INJUSTICE THAT IS BEING DONE.

I HAVE BEEN DENIED MEDICAL TREATMENT FOR A YEAR NOW FOR A BROKE AND DISLOCATED FINGER. LET ME GIVE YOU SOME INSIGHT IN THIS MATTER.

I BROKE AND DISLOCATED MY FINGER WHILE IN PRE-TRIAL DETENTION ON SEPTEMBER 25, 2003. I WAS SENT TO MEDICAL WHERE A NURSE TOOK THE POSITION THAT MY FINGER WAS SPRAINED. ANY LAY PERSON COULD TELL THAT THE FINGER WAS MORE THAN SPRAINED. MY FINGER WAS NOT X-RAYED UNTIL 4 DAYS LATER WHERE THE X-RAY SHOWED A CHRONIC FRACTURE AND DISLOCATION. DR. ALI, THE HEAD DOCTOR, IMMEDIATELY ATTEMPTED CLOSED REDUCTION SEVERAL TIMES WITH NO SUCCESS. I WAS THEN SCHEDULED TO SEE A OUTSIDE ORTHOPEDIC DOCTOR. I WAS SENT OUT TO SEE DR. MANIFOLD IN DOVER, DE. ON OCTOBER 17, 2003. AFTER HIS EXAMINATION HE AGREED THAT THERE WAS A CHRONIC DORSAL PIP JOINT FRACTURE AND DISLOCATION. DR. MANIFOLD EXPLAINED TO ME THAT, "YOU WILL REQUIRE SIGNIFICANT RECONSTRUCTIVE SURGERY AND POSSIBLE FUSION OF THE JOINT, IT SHOULD BE DONE BY A HAND SURGEON, AND SHOULD BE DONE AS SOON AS POSSIBLE TO AVOID AND PREVENT FURTHER STIFFNESS AT THE JOINT OR PERMANENT DAMAGE."

WHEN DR. MANIFOLD SENT HIS RECOMENDATION TO THE MEDICAL DEPARTMENT AT D.C.C., NOTHING FURTHER HAPPENED SO

EXHIBIT "L" (2-sided)

TO ACT ON IT I BEGAN FILING MEDICAL GRIEVANCES.

I FILED THE FIRST MEDICAL GRIEVANCE ON OCTOBER 22, 2003. I NEVER GOT A RESPONSE UNTIL NOVEMBER 3, 2003, WHEN TREATMENT ADMINISTRATOR BRENDA HOLWERDA EXAMINED THE FINGER AND AGREED THAT I SHOULD HAVE BEEN TREATED AND REFERED MY GRIEVANCE FOR A FORMAL GRIEVANCE HEARING. AS OF DECEMBER 4, 2003 I STILL DID NOT RECEIVE TREATMENT OR GRIEVANCE HEARING AND WAS TRANSFERRED OUT OF D.C.C. ON A DETAINER. WHEN I RETURNED TO D.C.C. ON MAY 20, 2004, I FILED A SECOND GRIEVANCE ON MAY 31, 2004. ONCE AGAIN, BRENDA HOLWERDA PUT ME IN FOR ANOTHER GRIEVANCE HEARING ON JUNE 6, 2004. AFTER NOT RECEIVING MY HEARING I FILED YET A THIRD GRIEVANCE ON JULY 19, 2004, WHERE NURSE EDITH RIVIRA REFERED ME FOR A GRIEVANCE HEARING ON AUGUST 8, 2004.

I WAS FINALLY CALLED UP FOR MY LEVEL II GRIEVANCE HEARING ON SEPTEMBER 14, 2004, WHERE I WAS RETURNED TO MY HOUSING UNIT WITHOUT HAVING MY HEARING, AND WAS TOLD MY GRIEVANCE WAS DENIED.

AS YOU CAN SEE, AFTER SEVERAL GRIEVANCES AND A YEAR LATER I AM STILL BEING DENIED MEDICAL TREATMENT AND THE EXHAUSTION PROCESS OF A GRIEVANCE HEARING. I'M STILL IN CONSTANT PAIN, MY FINGER IS DEFORMED, AND THE FINGER APPEARS TO BE PERMANENTLY DAMAGED.

ENCLOSED PLEASE FIND COPIES OF GRIEVANCES FILED, OFFICIAL GRIEVANCE REPORTS, DR. MANIFOLD'S OFFICIAL EXAMINATION REPORT.

COULD YOU PLEASE SEND A REPRESENTATIVE FROM YOUR OFFICE TO SEE ME TO HELP ASSIST WITH GETTING ME THE MUCH NEEDED MEDICAL TREATMENT AND DUE PROCESS PROTECTION FROM CRUEL AND UNUSUAL PUNISHMENT?

SINCERELY,
William A. Newsom