**Delaware Center for Justice**
100 West 10th Street, Suite 905
Wilmington, DE 19801

**Adult Offender Services Program**

Date: September 27, 2004

Institution: **Delaware Correctional Center**
        Building: _____
        1181 Paddock Road
        Smyrna, DE 19947

SBI #: 257317

Dear Mr. Newsome:

This is to acknowledge receipt of your letter. After careful review of your letter, the following decision has been reached:

- ☐ We do not deal with the issue(s) in your letter
- ☐ We advise you to contact your institutional medical provider
- ☐ Provide additional information on the matter for follow up
- ☐ Contact your Counselor at the institution for help and guidance
- ☐ We will contact you upon further investigation and follow up
- ☐ File a grievance using the internal 4.4 Grievance Procedure
- ☐ Requested information enclosed
- ☒ **Other:** We are aware of your 9/14/04 grievance and will monitor if necessary.

Thank you for your interest in our agency.

Sincerely,

*Nikita Y. Robins*
Nikita Y. Robins
Case Manager, Adult Offender Services

EXHIBIT "M"