TO: HONORABLE RUTH ANN MINNER
      GOVERNOR'S OFFICE
      TATNALL BUILDING
      150 WILLIAM PENN ST.
      SECOND FLOOR
      DOVER, DELAWARE 19901

FROM: WILLIAM A. NEWSOM
      S.B.I. #257317
      DELAWARE CORRECTIONAL CENTER
      1181 PADDOCK ROAD
      SMYRNA, DE. 19977


            DEAR GOVERNOR MINNER:

                        I'M AN INMATE AT
THE DELAWARE CORRECTIONAL CENTER. I'M WRITING
IN HOPES THAT YOUR OFFICE CAN INTERVENE WITH
THE PROBLEM OF ME BEING DENIED MUCH NEEDED
MEDICAL TREATMENT. THIS HAS BEEN GOING ON
FOR A YEAR NOW. I HAVE EVEN BEEN DENIED DUE
PROCESS THROUGH THE GRIEVANCE PROCEDURE HERE
AT THE DELAWARE CORRECTIONAL CENTER.

                        I'VE ENCLOSED A COPY
OF THE LETTER I'VE SENT, TO THE DELAWARE
CENTER FOR JUSTICE, COPIES OF MY ORIGINAL
GRIEVANCES, COPIES OF GRIEVANCE REPORTS, AND
A COPY OF THE ORTHOPEDIC SURGEONS RECOMENDATION
FOR TREATMENT FROM OCTOBER 17, 2003.

                        I FEEL YOU HAVE DONE
A FINE JOB AS GOVERNOR OF THIS FINE STATE.
I CAN ONLY PRAY THAT YOU WILL TAKE A INTEREST
IN THIS MATTER AND INTERVENE. THIS TYPE OF
MEDICAL NEGLECT IS A ON GOING PROBLEM FOR
MANY INMATES. I AM PAYING MY DEBT TO SOCIETY
FOR THE CRIMES I'VE COMMITTED, HOWEVER, I'M
STILL HUMAN AND DESERVE TO BE TREATED IN
A HUMANE WAY.

                              SINCERELY,

                              William A. Newsom

      EXHIBIT "N"