

**STATE OF DELAWARE**
**OFFICE OF THE GOVERNOR**

RUTH ANN MINNER
GOVERNOR

September 22, 2004

Mr William A Newsom
Sbi# 257317
1181 Paddock Road
Smyrna, DE  19977

Dear Mr Newsom:

    Thank you for contacting Governor Ruth Ann Minner. The Governor is in receipt of your letter, and has asked the office of constituent relations to respond on her behalf. Governor Minner appreciates it when fellow Delawareans take the time to communicate directly on the many issues we face in Delaware.

    I have asked Department of Correction Commissioner Stanley W. Taylor to review your letter and take appropriate action. Thank you for taking the time to write to Governor Minner.

Sincerely,

Barbara Brown
Director, Office of Constituent Relations

EXHIBIT "O"