November 12, 2004

To:
A.C.L.U.
100 West 10th Street
Suite 309
Wilmington, DE 19801

From:
William A. Nauman
SBI# 257317   D-Unit/D-10
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Dear Ma'm or Sir:

I'm writing in hopes that your organization can assist me with an injustice that is going on.

For over a year I have been denied medical treatment for a broke and dislocated finger. Let me give you some insight on this matter.

On September 25, 2003, I broke and dislocated my finger while in Pre-trial detention. I was sent to medical where a nurse took the position that my finger was sprained. My finger was not X-Rayed until 4 days later and the X-Rays showed a

EXHIBIT "F" (2 sided)

Chronic Fracture and Dislocation. Dr. Ali, the head doctor of the medical department, which is sub-contracted and not run by the state, immediately attempted closed reduction several times with no success. I was then scheduled to see Dr. Manifold in Dover, DE who is an orthopedic Doctor. I was sent out to see Dr. Manifold on October 17, 2003. After his examination, he agreed that there was a chronic dorsal pip joint fracture and dislocation. Dr. Manifold explained to me that, "You will require significant reconstructive surgery and possible fusion of the joint, it should be done by a hand surgeon and as soon as possible to avoid and prevent further stiffness at the joint or permanent damage." When Dr. Manifold sent his recommendation to the medical department to act on it, I began filing medical grievances.

I filed the first medical grievance on October 22, 2003. I never got a response until November 3, 2003, when Brenda Holwerda, the treatment administrator examined the finger and agreed that I should have been treated and referred my grievance for a formal grievance hearing. As of December 4, 2003 I still did not receive treatment or a grievance hearing and was transferred out of D.C.C. on a detainer. When

I returned to D.C.C. on May 30, 2004, I filed a second grievance on May 31, 2004. Once again, Brenda Holwerda put me in for another grievance hearing on June 6, 2004. After not receiving my hearing, I filed yet another (3rd) grievance on July 19, 2004, where Nurse, Edith Rivira referred me for a grievance hearing on August 8, 2004.

On September 14, 2004, I was finally called up for my Level II grievance hearing, where I was returned to my housing unit without having my hearing, and was told my grievance was denied.

As you can see, after filing several grievances and over a year later, I am still being denied medical treatment and the exhaustion process of a grievance hearing. I'm in constant pain, my finger is deformed, and appears to be permanently damaged. I have copies of grievances filed, official grievance reports, and Dr. Manifold's official examination report.

Could a representative from your office write or come see me to help assist with this matter? Your reply would be greatly appreciated.

Sincerely,
William A. Newsom

EXHIBIT "P"