# aclu delaware

December 1, 2004

Mr. William Newsom
Delaware Correctional Center
SBI#257317
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Newsom:

The ACLU has referred your case to the Delaware Center for Justice who can assist us in matters involving prison conditions or medical grievances. If they are able to intervene, they will require permission from you. I enclose a consent form which you must sign and date and return to that office.

I understand that your issue involves lack of medical attention for a broken and dislocated finger.

If available, enclose a copy of all grievances you have filed along with a detailed statement of the facts surrounding your complaint. Send this information along with the enclosed consent form to the Delaware Center for Justice at 100 West 10th Street, Suite 905, Wilmington, DE 19801. If they are able to assist you, they will contact you.

Thank you for contacting the ACLU.

Sincerely,

*Diane Winters*
Diane Winters
Intake Representative

Cc: Delaware Center for Justice

american civil liberties union delaware
100 West 10th Street • Suite 309 • Wilmington, Delaware 19801
(302) 654-3966

EXHIBIT "Q"