# Delaware Center for Justice
100 West 10th Street, Suite 905
Wilmington, DE 19801

## Adult Offender Services Program

Date: December 13, 2004

William Newsome # 257317
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19947

Dear Mr. Newsome:

This is to acknowledge receipt of your letter. After careful review of your letter, the following decision has been reached:

- [ ] We do not deal with the issue(s) in your letter
- [ ] We advise you to contact your institutional medical provider
- [ ] Provide additional information on the matter for follow up
- [ ] Contact your Counselor at the institution for help and guidance
- [ ] We will contact you upon further investigation and follow up
- [ ] File a grievance using the internal 4.4 Grievance Procedure
- [ ] Requested information enclosed
- [x] **Other: After reviewing your current grievance status. I want to encourage you to await the decision of the Bureau Chief. DCJ will continue to track and monitor the grievance process.**

Thank you for your interest in our agency.

Sincerely,

*Nikita Y. Robins*
Nikita Y. Robins
Case Manager, Adult Offender Services

EXHIBIT "R"