IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NEWSOM, <br><br>    Plaintiff, <br><br>    v. <br><br> GOVERNOR RUTH ANN MINNER, <br> BARBARA BROWN, BUREAU CHIEF <br> PAUL HOWARD, COMMISSIONER <br> STANLEY W. TAYLOR, DEPUTY <br> WARDEN ELIZABETH BURRIS, <br> DEPUTY WARDEN DAVID PIERCE, <br> CAPTAIN SAGERS, SECURITY <br> SUPERINTENDENT CUNNINGHAM, <br> FIRST CORRECTIONAL MEDICAL <br> LLC, DOCTOR SITTA ALIE, <br> DOCTOR BROWN, L. HUNTER, <br> D. MOZIE, D. REEVE, T. <br> HASTINGS, L. MERSON, AND ANY <br> OTHER DEFENDANTS WHO HAVE NOT <br> YET BEEN DISCOVERED <br><br>    Defendants. | Civil Action No. 05-673 GMS |



FILED

OCT - 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, William A. Newsom, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $25.98 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated Sept. 26, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire

filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _OCTOBER 3_, 2005.

_William A. Newsom_
Name of Plaintiff

FROM: WILLIAM A. NEWSOM
BI# 257317   UNIT V-BLDG./D-1
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE
19801

U.S.M.S.
X-RAY