# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** WILLIAM ALLEN NEWSOM | **COURT CASE NUMBER** CV 05-673-GMS |
| **DEFENDANT** PAUL HOWARD (ET. AL) | **TYPE OF PROCESS** ORDER / COMPLAINT |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CAPTAIN SAGERS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

245 McKEE DOVER, DELAWARE 19904

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM A. NEWSOM
S.B.I. # 257317
DELAWARE CORR. CNTR.
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE

* COPY FOR ATTORNEY GENERAL
# OF DEFENDANTS
TOTAL

* CPT. SAGERS NO LONGER WORKS FOR D.O.C., D.O.C. ADMIN. OFFICE AT 245 McKEE RD. DOVER, DE. 19904 WILL HAVE TO SIGN FOR HIM.

Signature of Attorney or other Originator requesting service on behalf of: William A. Newsom
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 4/19/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: PK
Date: 4-28-06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 5/31/06

**REMARKS:** Retired - refused service
Return unexecuted