SEPTEMBER 16, 2004

100 WEST 10th ST., SUITE 905
WILMINGTON, DE. 19801

FROM: WILLIAM A. NEWSOM
S.B.I. # 257317
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE. 19977

DEAR SIR:

I'M WRITING IN HOPES THAT YOUR ORGANIZATION CAN ASSIST ME WITH A GREAT INJUSTICE THAT IS BEING DONE.

I HAVE BEEN DENIED MEDICAL TREATMENT FOR A YEAR NOW FOR A BROKE AND DISLOCATED FINGER. LET ME GIVE YOU SOME INSIGHT IN THIS MATTER.

I BROKE AND DISLOCATED MY FINGER WHILE IN PRE-TRIAL DETENTION ON SEPTEMBER 25, 2003. I WAS SENT TO MEDICAL WHERE A NURSE TOOK THE POSITION THAT MY FINGER WAS SPRAINED. ANY LAY PERSON COULD TELL THAT THE FINGER WAS MORE THAN SPRAINED. MY FINGER WAS NOT X-RAYED UNTIL 4 DAYS LATER WHERE THE X-RAY SHOWED A CHRONIC FRACTURE AND DISLOCATION. DR. ALI, THE HEAD DOCTOR, IMMEDIATELY ATTEMPTED CLOSED REDUCTION SEVERAL TIMES WITH NO SUCCESS. I WAS THEN SCHEDULED TO SEE A OUTSIDE ORTHOPEDIC DOCTOR. I WAS SENT OUT TO SEE DR. MANIFOLD IN DOVER, DE. ON OCTOBER 17, 2003. AFTER HIS EXAMINATION HE AGREED THAT THERE WAS A CHRONIC DORSAL PIP JOINT FRACTURE AND DISLOCATION. DR. MANIFOLD EXPLAINED TO ME THAT, "YOU WILL REQUIRE SIGNIFICANT RECONSTRUCTIVE SURGERY AND POSSIBLE FUSION OF THE JOINT, IT SHOULD BE DONE BY A HAND SURGEON, AND SHOULD BE DONE AS SOON AS POSSIBLE TO AVOID AND PREVENT FURTHER STIFFNESS AT THE JOINT OR PERMANENT DAMAGE." WHEN DR. MANIFOLD SENT HIS RECOMENDATION TO THE MEDICAL DEPARTMENT AT D.C.C., NOTHING FURTHER HAPPENED SO

EXHIBIT "A"

TO ACT ON IT I BEGAN FILING MEDICAL GRIEVANCES.

I FILED THE FIRST MEDICAL GRIEVANCE ON OCTOBER 22, 2003. I NEVER GOT A RESPONSE UNTIL NOVEMBER 3, 2003, WHEN TREATMENT ADMINISTRATOR BRENDA HOLWERDA EXAMINED THE FINGER AND AGREED THAT I SHOULD HAVE BEEN TREATED AND REFERED MY GRIEVANCE FOR A FORMAL GRIEVANCE HEARING. AS OF DECEMBER 4, 2003 I STILL DID NOT RECEIVE TREATMENT OR GRIEVANCE HEARING AND WAS TRANSFERRED OUT OF D.C.C. ON A DETAINER. WHEN I RETURNED TO D.C.C. ON MAY 20, 2004, I FILED A SECOND GRIEVANCE ON MAY 31, 2004. ONCE AGAIN, BRENDA HOLWERDA PUT ME IN FOR ANOTHER GRIEVANCE HEARING ON JUNE 6, 2004. AFTER NOT RECEIVING MY HEARING I FILED YET A THIRD GRIEVANCE ON JULY 19, 2004, WHERE NURSE EDITH RIVIRA REFERED ME FOR A GRIEVANCE HEARING ON AUGUST 8, 2004.

I WAS FINALLY CALLED UP FOR MY LEVEL II GRIEVANCE HEARING ON SEPTEMBER 14, 2004, WHERE I WAS RETURNED TO MY HOUSING UNIT WITHOUT HAVING MY HEARING, AND WAS TOLD MY GRIEVANCE WAS DENIED.

AS YOU CAN SEE, AFTER SEVERAL GRIEVANCES AND A YEAR LATER I AM STILL BEING DENIED MEDICAL TREATMENT AND THE EXHAUSTION PROCESS OF A GRIEVANCE HEARING. I'M STILL IN CONSTANT PAIN, MY FINGER IS DEFORMED, AND THE FINGER APPEARS TO BE PERMANENTLY DAMAGED.

ENCLOSED PLEASE FIND COPIES OF GRIEVANCES FILED, OFFICIAL GRIEVANCE REPORTS, DR. MANIFOLDS OFFICIAL EXAMINATION REPORT.

COULD YOU PLEASE SEND A REPRESENTATIVE FROM YOUR OFFICE TO SEE ME TO HELP ASSIST WITH GETTING ME THE MUCH NEEDED MEDICAL TREATMENT AND DUE PROCESS PROTECTION FROM CRUEL AND UNUSUAL PUNISHMENT?

SINCERELY,
William A. Newsom

EXHIBIT "A"

November 12, 2004

To:
A.C.L.U.
100 West 10th Street
Suite 309
Wilmington, DE 19801

From:
William A. Newsom
SBI# 257317   D-East/D-10
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Dear Ma'm or Sir:

I'm writing in hopes that your organization can assist me with an injustice that is going on.

For over a year I have been denied medical treatment for a broke and dislocated finger. Let me give you some insight on this matter.

On September 25, 2003, I broke and dislocated my finger while in Pre-trial detention. I was sent to medical where a nurse took the position that my finger was sprained. My finger was not X-Rayed until 4 days later and the X-Rays showed a

EXHIBIT "B"

over →

chronic Fracture and Dislocation. Dr. Ali, the head doctor of the medical department, which is sub-contracted and not run by the state, immediately attempted closed reduction several times with no success. I was then scheduled to see Dr. Manifold in Dover, DE who is an orthopedic doctor. I was sent out to see Dr. Manifold on October 17, 2003. After his examination, he agreed that there was a chronic dorsal pip joint fracture and dislocation. Dr. Manifold explained to me that, "You will require significant reconstructive surgery and possible fusion of the joint, it should be done by a hand surgeon and as soon as possible to avoid and prevent further stiffness at the joint or permanent damage." When Dr. Manifold sent his recommendation to the medical department to act on it, I began filing medical grievances.

 I filed the first medical grievance on October 22, 2003. I never got a response until November 3, 2003, when Brenda Holwerda, the treatment administrater examined the finger and agreed that I should have been treated and referred my grievance for a formal grievance hearing. As of December 4, 2003 I still did not receive treatment or a grievance hearing and was transferred out of D.C.C. on a detainer. When

EXHIBIT "B"

cont'd. pg.2 →

I returned to D.C.C. on May 20, 2004, I filed a second grievance on May 31, 2004. Once again, Brenda Holwerda put me in for another grievance hearing on June 6, 2004. After not receiving my hearing, I filed yet another (3rd) grievance on July 19, 2004, where Nurse, Edith Rivira referred me for a grievance hearing on August 8, 2004.

On September 14, 2004, I was finally called up for my Level II grievance hearing, where I was returned to my housing unit without having my hearing, and was told my grievance was denied.

As you can see, after filing several grievances and over a year later, I am still being denied medical treatment and the exhaustion process of a grievance hearing. I'm in constant pain, my finger is deformed, and appears to be permanently damaged. I have copies of grievances filed, official grievance reports, and Dr. Manifold's official examination report.

Could a representative from your office write or come see me to help assist with this matter? Your reply would be greatly appreciated.

Sincerely,
William A. Newsom

EXHIBIT "B"

Deputy Warden Pierce
1181 Paddock Road
Smyrna, DE 19977


William A. Newsom
SBI#257317
1181 Paddock Road

March 22, 2006

To: Deputy Warden Pierce

    I am writing to inform you that I still have not received the medical care that I require. I am also writing to inform you at this time that I have sought legal counsel and that my information has been forwarded to Mr. Hampton, Esquire. My first goal was avoid this very situation, unfortunately due to the lack of medical care that I have received this was my only recourse. I am human being that is incarcerated that does not mean that I do not deserve to have quality of life that is as pain free as possible. There are many surgical procedures that could assist me with my pain management and I deserve to access to them. I am an inmate but I am a human being first and deserve to be treated as such. I would appreciate a reply in writing at your earliest convenience.

Regards,

William A. Newsom


cc: Mr. Hampton
    Medical Advocate W.S.

EXHIBIT "E"

## GRADY & HAMPTON, LLC
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

April 18, 2006

William A. Newsom
SBI # 257317
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Newsom:

    I am in the process of reviewing the large number of letters I have recently received from inmates who are not receiving adequate care by the Delaware prison health care system. It is taking me some time to work through all of them. After I have reviewed the particular facts of your case, I will try to respond specifically to you.

    Thank you for your patience.

Sincerely yours,

Stephen A. Hampton

SAH:slh

EXHIBIT "D"