IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM A. NEWSOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-673-GMS |
| | ) | |
| BUREAU CHIEF PAUL HOWARD, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of Defendants Bureau Chief Paul Howard, Commissioner Stanley Taylor and Deputy Warden David Pierce ("State Defendants").  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendants.  The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                **STATE OF DELAWARE**
                **DEPARTMENT OF JUSTICE**

                /s/ Eileen Kelly
                Eileen Kelly, I.D. #2884
                Deputy Attorney General
                Carvel State Office Building
                820 North French Street, 6th Floor
                Wilmington, Delaware 19801
                (302) 577-8400
                eileen.kelly@state.de.us
Date:  June 26, 2006       Attorney for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on June 26, 2006, I have mailed by United States Postal Service, the document to the following non-registered parties: William A. Newsom.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us