H:\FILES\DAN\Newsom (FCM)\EOA.wpd

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM ALLEN NEWSOM, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 05-673 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER STANLEY W. TAYLOR | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | JURY OF TWELVE DEMANDED |
| DEPUTY WARDEN DAVID PIERCE, | ) | |
| CAPTAIN SAGERS, SECURITY | ) | |
| SUPERINTENDENT CUNNINGHAM, | ) | |
| FIRST CORRECTIONAL MEDICAL, LLC, | ) | |
| DR. SITTA B. ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring Monzo, Esquire, as attorneys for First Correctional Medical LLC, in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect to jurisdiction, venue, process, or service of process.

        **McCULLOUGH & McKENTY, P.A.**

        /s/ Dana Spring Monzo
        Daniel L. McKenty, Del. Bar No. 2689
        Dana Spring Monzo, Del. Bar No. 4605
        1225 N. King Street, Suite 1100
        P.O. Box 397
        Wilmington, DE 19899-0397
        (302) 655-6749
        Attorneys for First Correctional Medical, LLC.

Date:   June 26, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM ALLEN NEWSOM, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 05-673 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER STANLEY W. TAYLOR | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| DEPUTY WARDEN DAVID PIERCE, | ) | JURY OF TWELVE DEMANDED |
| CAPTAIN SAGERS, SECURITY | ) | |
| SUPERINTENDENT CUNNINGHAM, | ) | |
| FIRST CORRECTIONAL MEDICAL, LLC, | ) | |
| DR. SITTA B. ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *Entry of Appearance* was served via first class mail upon the following:

William A. Newsom
S.B.I.# 257317
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, LLC.

Date:   June 26, 2006