## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM A. NEWSOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-673-GMS |
| | ) | |
| BUREAU CHIEF PAUL HOWARD, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SERVICE OF DISCOVERY MATERIALS</u>

I, Eileen Kelly, Deputy Attorney General, hereby certify that on August 4, 2006,

State Defendants' Response to Request for Production of Documents was delivered by

United States mail, postage prepaid, first class to:

    TO:    William Newsom
           SBI # 00257317
           Delaware Correctional Center
           1181 Paddock Road
           Smyrna, DE  19977

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

<u>/s/ Eileen Kelly</u>
Eileen Kelly (I.D. 2884)
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated:  August 4, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2006, I electronically filed *Notice of Service of Discovery Materials* with the Clerk of Court using CM/ECF.  I hereby certify that on August 4, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  William Newsom.


/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us