UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM ALLEN NEWSOM, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 05-673 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER STANLEY W. TAYLOR | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | JURY OF TWELVE DEMANDED |
| DEPUTY WARDEN DAVID PIERCE, | ) | |
| CAPTAIN SAGERS, SECURITY | ) | |
| SUPERINTENDENT CUNNINGHAM, | ) | |
| FIRST CORRECTIONAL MEDICAL, LLC, | ) | |
| DR. SITTA B. ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

TO:  William A. Newsom                     Delaware Correctional Center
     S.B.I.# 257317                        1181 Paddock Rd.
     Delaware Correctional Center          Smyrna, DE 19977
     1181 Paddock Rd.                      % Correctional Medical Services
     Smyrna, DE 19977                      1201 College Park Drive, Ste 101
                                           Dover, DE 19904

Department of Justice
820 N. French Street, 8th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for Delaware Correctional Center relating to medical records of Albert Brown at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Tuesday, August 22, 2006 beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition.**

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
*Attorneys for Defendant First Correctional Medical*

Dated: August 8, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM ALLEN NEWSOM, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 05-673 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER STANLEY W. TAYLOR | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | JURY OF TWELVE DEMANDED |
| DEPUTY WARDEN DAVID PIERCE, | ) | |
| CAPTAIN SAGERS, SECURITY | ) | |
| SUPERINTENDENT CUNNINGHAM, | ) | |
| FIRST CORRECTIONAL MEDICAL, LLC, | ) | |
| DR. SITTA B. ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 8th day of August, 2006, two (2) copies of the attached *Notice of Records Deposition* were sent to the following via first class mail, postage pre-paid:

TO:  William A. Newsom                              Delaware Correctional Center
     S.B.I.# 257317                                 1181 Paddock Rd.
     Delaware Correctional Center                   Smyrna, DE 19977
     1181 Paddock Rd.                               % Correctional Medical Services
     Smyrna, DE 19977                               1201 College Park Drive, Ste 101
                                                    Dover, DE 19904


     Department of Justice
     820 N. French Street, 8th Floor
     Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
*Attorneys for Defendant First Correctional Medical*