# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

August 18, 2006

Civil Division - New Castle County

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

    RE:   Newsom v. Taylor, et al.
            C.A. No. 05-673-GMS

Dear Judge Sleet:

    This is to advise the Court that State Defendants Bureau Chief Paul Howard, Commissioner Stanley Taylor and Deputy Warden David Pierce take no position on Plaintiff's Motion to Stay Proceedings [D.I. 26] in the above-referenced matter.

    Undersigned counsel is available if the Court requires additional information.

Respectfully,

*Eileen Kelly*
Eileen Kelly
Deputy Attorney General

cc:   Dana Spring Monzo, Esquire (by electronic filing)

       William A. Newsom
       SBI #257317