IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NEWSOM | : |
| Plaintiff | : |
| v. | : Civil Action No. 05-673 GMS |
| STANLEY W. TAYLOR, et al. | : |
| Defendants | : |

**ORDER**

WHEREAS, on September 15, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on June 26, 2006, an answer to the complaint was filed by the defendants (D.I. 18);

WHEREAS, on August 14, 2006, the plaintiff filed a motion to stay the proceedings due to scheduled spinal surgery (D.I. 26);

WHEREAS, on August 18, 2006, the defendants filed a letter with the court indicating that they will not take a position on the plaintiff's motion to stay the proceedings (D.I. 28);

IT IS THEREFORE ORDERED that:

1. The plaintiff's motion to stay the proceedings is GRANTED; and

2. The plaintiff will file a status report no later than December 1, 2006, advising the court of his progress.

August __28__, 2006

UNITED STATES DISTRICT JUDGE