TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

FROM: WILLIAM A. NEWSOM
S.B.I. # 257317
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RE: CRIMINAL COURT FINE / CIVIL FEE'S

FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DEAR SIR:

I'M WRITTING TO REQUEST HOW MUCH I OWE FOR CRIMINAL COURT FINE IN CASE NUMBER:

CR.A. 03-53-1 SLR

I'M ALSO WRITTING TO REQUEST HOW MUCH MORE I OWE IN CIVIL COMPLAINT FEE'S CASE NUMBER:

CV.A. - 05-673 GMS

YOUR ASSISTANCE WITH THIS WILL BE GREATLY APPRECIATED. I WOULD LIKE TO PAY THESE OFF.

SINCERELY,

William A. Newsom

WILMINGTON DE 197
31 OCT 2006 PM 1 L

U.S.M.S. X-RAY

IM WILLIAM A. NEWSOM
SBI# 257317  UNIT V-BLDG./B-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE
19801