In the United States District Court
For the District of Delaware

| | |
|---|---|
| William A. Newsom<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 05-673 GMS<br>) |
| Stanley W. Taylor, et.al<br>    Defendants | )<br>)<br>) |

FILED
NOV 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
① scanned

<u>Plaintiff's Status Report</u>

Comes now the Plaintiff, William A. Newsom, Pro-Se, to file a status report on the above captioned case pursuant to Judge Sleet's order dated 8-28-2006. Mr. Newsom hereby avers the following:

1. Plaintiff filed a motion on 8-14-2006 asking this court to stay any further proceeding indefinitely due to his scheduled spinal surgery.
2. Plaintiff's motion was granted by Judge Sleets on 8-28-2006 with direction to plaintiff that he is to keep this court informed, via status report on his progress. Said status report was to be filed no later than 12-01-2006.
3. Plaintiff underwent spinal surgery on October 18, 2006 at Kent General Hospital in Dover, Delaware.
4. November 1, 2006: Plaintiff resumes normal day-to-day activities in addition to physical and occupational therapy.
5. Plaintiff believes that he is now able to resume his participation in the above captioned case, and therefore asks that the 8-23-2006 order granting plaintiff's motion for stay of the proceedings is lifted at the convenience of this honorable court.

Respectfully Submitted,

*William A. Newsom*
William A. Newsom

Date: NOVEMBER 15, 2006

In the United States District Court
For the District of Delaware

| | |
|---|---|
| William A. Newsom<br>　　　Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 05-673 GMS<br>) |
| Stanley W. Taylor, et.al<br>　　　Defendants | )<br>) |

## ORDER

It is hereby ordered, this _____ day of _____, 2006, that the attached status report has been read and considered. It is ordered the Motion is hereby _____.

## Certificate of Service

I, WILLIAM A. NEWSOM, hereby certify that I have served a true And correct cop(ies) of the attached: PLAINTIFF'S STATUS REPORT _____ upon the following parties/person (s):

TO: EILEEN KELLY, ESQ.
CARVEL STATE BUILDING
820 N. FRENCH ST.
WILMINGTON, DE. 19801

TO: _____

TO: DANA SPRING MONZO, ESQ.
1225 N. KING ST., SUITE 1100
P.O. BOX 397
WILMINGTON, DE.
19899

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 15TH day of NOVEMBER, 2006

William A. Newsom

IM WILLIAM A. NEWSOM
SBI# 257317 UNIT V-BLDG / B-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
16 NOV 2006 PM 2 T

U.S. DISTRICT COURT
844 N. KING ST.
LOCKBOX 18
WILMINGTON, DELAWARE
19801

