# United States District Court
## District of Delaware

| | |
|---|---|
| **William A. Newsom,**<br>    **Plaintiff,** | : |
| v. | : C.A. No. 05-673 (GMS) |
| **Commissioner Stanley W. Taylor,**<br>**Bureau Chief Paul Howard, Deputy**<br>**Warden Dave Pierce, Captain Sagers,**<br>**Security Superintendent Cunningham,**<br>**First Correctional Medical,LLC., Dr.**<br>**Sitta B. Alie, et al. ,**<br>    **Defendants.** | :  |

## Motion for Appointment of Counsel

   Plaintiff, William A. Newsom, pursuant to 28 U.S.C. 1915, requests this court to appoint counsel to represent petitioner in the above entitled action for the following reasons:

1. The plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

3. The complaint in this case alleges that the defendant's subjected plaintiff to:

    (A) Deliberate Indifference
    (B) Cruel and Unusual Punishment
        And
    (C) Went as far as to have a Lieutenant "lean" on the plaintiff by threatening
        The plaintiff bodily harm because of pending civil action. Subsequently,
        Said Lieutenant has been fired from the Department of Corrections.

4. The plaintiff's allegations, if proved, clearly would establish a constitutional violation.

5. The plaintiff is representing himself with very little legal knowledge against a Deputy Attorney General who is representing the state defendants, and two (2) private attorneys Who are representing First Correctional Medical, LLC.

6. Plaintiff has made several attempts to obtain counsel.

7. In deciding whether to appoint counsel for an indigent litigant, the court should consider "the factual complexity of the case, the ability of the indigent to investigate the facts, the existence of conflicting testimony, the ability of the indigent to present his claim and the complexity of the legal issues." In addition, courts have suggested that the most important factor is whether the case has merit.

For the foregoing reasons, the court should grant the plaintiff's motion and appoint counsel in this case.

DATE: November 29, 2006.

*William A. Newsom* (signature)

William A. Newsom
SBI# 257317
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

I/M WILLIAM A. NEWSOM
SBI# 257317   UNIT V-BLDG./B-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
01 DEC 2006 PM 2 T

UNITED STATES DISTRICT COURT
844 NORTH KING ST.
LOCKBOX 18
WILMINGTON, DELAWARE
19801