OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 5, 2006

To: William A. Newsom
    #257317
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE:  Motion to Appoint Counsel; Civ. No. 05-673 GMS.**

Dear Mr. Newsom:

Documents have been presented for filing in the above noted case which do not conform to Rule 4 of the Federal Rules of Civil Procedure. In order for your Motion to Appoint Counsel to be acceptable for filing, it must be served upon opposing parties or their counsel, when represented by counsel, and a **certificate of service with your original signature must accompany the document as proof of service.** When returning corrected documents for filing, please return a copy of this letter.

/rpg

Peter T. Dalleo
Clerk

cc:  The Honorable Gregory M. Sleet

enc: Rule 4 of Federal Rules of Civil Procedure.