# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

William A. Newsom,
    Plaintiff,

    -v-

Stanley W. Taylor, et al
    Defendant.

Civil Action No. 05-673-GMS

Declaration of William A. Newsom

## Declaration

I, William A. Newsom, hereby declare that all allegations and statements made in the original 1983 Civil Complaint filed on March 31, 2006, in the above entitled action number are true and correct to the best of my knowledge and belief, and are in compliance of Federal Rules of Civil Procedures. All statements made in other motions for discovery, appointment of counsel, and interrogatories are also true and correct to the best of my knowledge and belief.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at the Delaware Correctional Center in Smyrna, Delaware on December 13, 2006.

*William A. Newsom*

William A. Newsom
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

## Certificate of Service

    I, William A. Newsom, pro se, hereby serve a true and correct copy of this Declaration upon the following parties:

U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, Delaware 19801

Daniel L. McKenty, esq.
Dana Spring Monzo, esq.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, Delaware 19899

Eileen Kelly, esq.
Deputy Attorney General
Carvel State Building
820 N. French Street
Wilmington, Delaware 19801

Signed this 13th day of December 2006

_William A. Newsom_
William A. Newsom
1181 Paddock Road
Delaware Correctional Center
Smyrna, Delaware 19977

I/M WILLIAM A. NEWSOM
SBI# 257317   UNIT V-Bld./B-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURTHOUSE
844 NORTH KING STREET
LOCKBOX 18
WILMINGTON, DELAWARE
19801