IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NEWSOM | : |
| Plaintiff | : |
| v. | : Civil Action No. 05-673 GMS |
| STANLEY W. TAYLOR, et al. | : |
| Defendants | : |

### ORDER

WHEREAS, on September 15, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on June 26, 2006, an answer to the complaint was filed by the defendants (D.I. 18);

WHEREAS, on August 14, 2006, the plaintiff filed a motion to stay the proceedings due to scheduled spinal surgery (D.I. 26);

WHEREAS, on August 28, 2006, an Order was issued staying this case until December 1, 2006 (D.I. 30);

WHEREAS, on November 17, 2006, the plaintiff filed a status report requesting that the stay be lifted (D.I. 32).

IT IS THEREFORE ORDERED that:

The plaintiff's motion to lift the stay is GRANTED.

December 19, 2006

UNITED STATES DISTRICT JUDGE

FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE