TO: PETER DALEO, U.S. DISTRICT COURT CLERK
FROM: WILLIAM A. NEWSOM
 SBI# 257317
 DELAWARE CORRECTIONAL CENTER
 1181 PADDOCK ROAD
 SMYRNA, DELAWARE 19977

DATE: DECEMBER 19, 2006

RE: CIVIL ACTION NO. 05-673 GMS

DEAR MR. DALEO:

I'm writing in regards to the above captioned civil case. In the courts order dated September 26, 2005 I was ordered to pay a partial filing fee and then 20% of my average monthly account balance until the filing fees were paid, this was pursuant to 28 U.S.C. § 1915(b)(1).

I'm currently requesting the amount that is still owed in this civil case? Your assistance would be greatly appreciated.

Have a merry Christmas and a healthy and prosperous new year.

SINCERELY,
William A. Newsom



FILED
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M WILLIAM A. NEWSOM
SBI# 257317  UNIT V-BLDG/B-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

PETER DALEO, CLERK OF COURT
UNITED STATES DISTRICT COURT
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DELAWARE
19801