OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 22, 2006

**William A. Newsom**
#257317
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: *Response to Inquiry Regarding* **Payment of Filing Fees in CA 05-673 GMS**

Dear Mr. Newsom:

This is a response to your inquiry dated December 19, 2006.

Please be advised that the Court's records indicate various payments made in this civil action. The assessed filing fee is $250.00, therefore the balance is currently $167.50 as reflected on the **attached** copy of the Court's ledger.

While we do not provide balance statements with each payment made, you should be able to maintain your own record of payments made from your trust account. A receipt is provided with each payment to you and the Inmate Account Custodian at the your institution.

We trust that this letter fully addresses your concerns in this matter.

Sincerely,

BY: [signature]

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet, CA 05-673 GMS
Financial Administrator

*PRISONER LITIGATION LEDGER*

**NEWSOM V. MINNER ET AL.**

**CA 05-673-GMS**
**CASE #2**

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 9/26/2005 | | | | 250 |
| 11/28/2005 | 5100PL | 141323 | 73 | 177 |
| 1/5/2006 | 5100PL | 141748 | 0.56 | 176.44 |
| 3/16/2006 | 5100PL | 142753 | 8.44 | 168 |
| 6/16/2006 | 5100PL | 143831 | 0.5 | 167.5 |
| | | | | 167.5 |

TO: PETER DALEO, U.S. DISTRICT COURT CLERK
FROM: WILLIAM A. NEWSOM
SBI# 257317
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

DATE: DECEMBER 19, 2006

RE: CIVIL ACTION NO. 05-673 GMS

DEAR MR. DALEO:

I'M WRITING IN REGARDS TO THE ABOVE CAPTIONED CIVIL CASE. IN THE COURTS ORDER DATED SEPTEMBER 26, 2005 I WAS ORDERED TO PAY A PARTIAL FILING FEE AND THEN 20% OF MY AVERAGE MONTHLY ACCOUNT BALANCE UNTIL THE FILING FEES WERE PAID, THIS WAS PURSUANT TO 28 U.S.C. § 1915 (b)(1).

I'M CURRENTLY REQUESTING THE AMOUNT THAT IS STILL OWED IN THIS CIVIL CASE? YOUR ASSISTANCE WOULD BE GREATLY APPRECIATED.

HAVE A MERRY CHRISTMAS AND A HEALTHY AND PROSPEROUS NEW YEAR.

SINCERELY,
William A. Newsom



Scanned- [illegible] 12/22/06

FILED
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE