# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William A. Newsom ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-673-GMS |
| ) | |
| Stanley W. Taylor, et al. ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**FILED**
FEB - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Motion for Default Judgement

Now comes the plaintiff, William A. Newsom, pro-se, respectfuly requesting this court to grant him Default Judgement over the defendants First Correctional Medical for the following reasons:

1. Plaintiff filed a motion to stay proceedings due to scheduled spinal surgery on August 14, 2006. An order to stay proceedings was granted on August 28, 2006.

2. Plaintiff filed a status report requesting the stay be lifted on November 17, 2006. The court ordered the stay to be lifted on December 19, 2006.

3. Although it was premature, the plaintiff filed his first set of interrogatories with defendants First Correctional Medical on December 1, 2006. With the stay of proceedings being lifted on December 19, 2006, the defendants had an obligation to respond to the plaintiff's interrogatories within 30 days of the request from the time the stay of proceedings was lifted. They have failed to do so.

4. Although premature, the plaintiff filed his Discovery request with defendants First Correctional Medical on December 18, 2006. The defendants had 30 days to respond to plaintiff's request from the date of December 19, 2006, the day the stay of proceedings was lifted. They have failed to do so.

Wherefore, the plaintiff, respectfuly request this honorable court to grant him default judgement over the defendnats First Correctional Medical, and grant him the compensatory and punitive damages requested in his complaint and any other such relief as the law may allow.

Submitted this 7 day of February, 2007.

*William A. Newsom*
William A. Newsom
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Certificate of Service

I, William A. Newsom hereby certify that I have served a true and correct cop(ies) of the attached Motion for Default Judgement Upon the following parties/persons:

To:  U.S. District Court
     844 N. King Street
     Lockbox 18
     Wilmington, Delaware 19801

To:  Daniel L. McKenty, esq.
     Dana Spring Monzo, esq.
     1225 N. King St., Suite 1100
     Wilmington, Delaware 19899

To:  Eileen Kelly, esq.
     Deputy Attorney General
     820 N. French Street
     Wilmington, Delaware 19801

To:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 7 day of February, 2007

*William A. Newsom*
William A. Newsom

I/M WILLIAM A. NEWSOM
SBI# 257317    UNIT T-2/Bunk 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DELAWARE
19801

WILMINGTON DE 197
08 FEB 2007 PM 1 T