Peter T. Dalleo, Clerk of Court
United States District Court
Lockbox 18
844 King Street
Wilmington, Delaware 19801

*Final Payment*

RE: **Final payment of filing fees in CA 05-673-GMS**

Dear Mr. Dalleo:

    Please find enclosed the final payment of $167.50 for the above captioned case. Upon docketing the final payment, could you please notify the inmate account office at the Delaware Correctional Center that all financial obligations have been met and that they can disregard deducting funds from my inmate account and forwarding them to the court.
    Could you also send me a current docket sheet reflecting the current status of the proceedings in **CA 05-673-GMS**.
    Your assistance with both of these matters will be greatly appreciated.

DATE: 2-9-07

Very truly yours,

William A. Newsom
William A. Newsom
SBI# 257317  Unit T2 Bunk 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

107.50 - P1
60.00 - P2



FILED
FEB 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

William A Neasom
SBI 257357 Unit T2 Bunk 18
Delaware Correctional Center
1181 Paddock Rd
Smyrna DE 19977

EASTON MD 216
09 FEB 2007 PM 1 T

Mr. Peter T Dalleo, Clerk of Court
United States District Court
Lock box 18
844 King Street
Wilmington, Delaware 19801