IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NEWSOM | : |
| Plaintiff | : |
| v. | : Civil Action No. 05-673 GMS |
| STANLEY W. TAYLOR, et al. | : |
| Defendants | : |

### ORDER TO SHOW CAUSE

WHEREAS, on September 15, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on June 1, 2006, USM 285 forms were returned unexecuted as to the defendants Alie, Cunningham, and Sagers (D.I. Nos. 12, 13, and 14);

IT IS HEREBY ORDERED that:

The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed as to the defendants Alie, Cunningham, and Sagers, without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT JUDGE

March ___1___, 2007



FILED
MAR - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE