# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William A. Newsom ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-673 GMS |
| ) | |
| Stanley W. Taylor, et al. ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

Motion to Show Good Cause

FILED
MAR - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Now comes the plaintiff, William A. Newsom, pro se, respectfuly responding to this honorable courts order to show good cause as to why the defendants Alie, Cunningham, and Sagers should not be dismissed without further notice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The plaintiff avers as follows:

Plaintiff filed a complaint on September 15, 2006 in the above captioned case. On June 1, 2006, USM 285 forms were returned unexecuted as to the defendants Alie, Cunningham, and Sagers. Plaintiff is without formal legal training and has limited knowledge of the law. Plaintiff was unaware of what to do when forms where returned unexecuted after plaintiff had sent them to the last known adress of the defendants. Plaintiff has had limited time in the law library to do research due to physical complications from a spinal surgery that was performed in October of 2006. After just recently speaking to a "jailhouse lawyer", plaintiff has discovered that pleadings that are filed by pro se litigants are held to less stringent standards and are to be liberally construed by the Federal Courts, Fernandez v. U.S., 941 F.2d 1488 (11th Cir. 1991) and Boag v. MacDougall 454 U.S. 364, 70 L.Ed.2d 551, 102 S.Ct. 700 (1982).

Plaintiff is filing all pleadings to the best of his ability and ask that this honorable court to view his filings in a liberal and less stringent manner. Plaintiff sent the USM 285 forms to the defendants last known address of employment. Plaintiff is incarcerated and does not have the resources to locate said defendnats, D,Amario v. Russo 750 F.Supp. 560 (D. R.I. 1990) states, "Plaintiff who has made a reasonable effort to serve summons and complaint within 120 days of filing may be given some leniency in service deadline under Fed.R.Civ.P.4(j). Furthermore, plaintiff has just discovered that the court has an obligation to assist pro se plaintiffs in the service of process. Palmer v. Stewert, No. 02 Civ.4076 LTS GWG, 2003 WL 21279440 (S.D.N.Y. June 4, 2003) (citing Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997) ). Indeed, many courts have entered orders to assist a pro se plaintiff in identifying and obtaining addresses of defendants so that service may be effected. See In Re Johnson, No. 02-5225, 2001 WL 1286254 (D.C. Cir. Sept. 28, 2001) (district court ordered individual to indicate where and when he was available for service of process or to provide district court with name and address of individual authorized to accept service of process on his behalf); Palmer v. Stewert , No. 02 Civ.4076 LTS GWG, 2003 WL 21279440 (S.D.N.Y. June 4, 2003) ( court ordered counsel for New York City to file an affidavit containing name and address to assist pro se plaintiff in service of process); Garret v. Miller, No. 02 C 5437, 2003 WL 1790954 (N.D. Ill. Apr. 1, 2003) (counsel for defendnats ordered to provide pro se plaintiff in obtaining service of process); Dudley v. Texas Instruments, Inc., No. Civ.A. 302CV292M, 2002 WL 992766 (N.D. Tex. May 13, 2002) (court determines assistance should be provided to pro se plaintiff to help him effect proper service, and counsel for corporation is orderd to provide plaintiff withy names and addresses of corporate officers and registered agent).

For the foregoing reasons, the plaintiff respectfuly request that this honorable court not dismiss defendants Alie, Cunningham, and Sagers. Plaintiff also respecrfuly request this honorable court to issue an order to assist the plaintiff in effecting proper service on these

three defendants.

        Submitted this 6 day of March, 2007.

        *William A. Newsom* (signature)

        William A. Newsom SBI# 257317
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE 19977

## Certificate of Service

I, William A. Newsom hereby certify that I have served a true and correct cop(ies) of the attached Motion To Show Good Cause Upon the following parties/persons:

To:   U.S. District Court
      844 N. King Street
      Lockbox 18
      Wilmington, Delaware
      19801

To:   Eileen Kelly, Dep. Attny. Gen.
      Carvel State Building
      820 N. French Street
      Wilmington, Delaware
      19801

To:   Daniel L. McKenty, esq.
      Dana Spring Monzo, esq.
      1225 N. King St., Suite 1100
      P.O. Box 397
      Wilmington, Delaware 19899

To:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 6 day of March, 2007

_____
William A. Newsom SBI#257317

I/M WILLIAM A. NEWSOM
SBI# 257317 UNIT T-2/BED 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
08 MAR 2007 PM 1 L

UNITED STATES DISTRICT COURT
844 NORTH KING STREET
LOCKBOX 18
WILMINGTON, DELAWARE
19801