IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM A. NEWSOM                    :

    Plaintiff                    :

v.                    : Civil Action No. 05-673 GMS

STANLEY W. TAYLOR, et al.                    :

    Defendants                    :

## ORDER

WHEREAS, on September 15, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on June 1, 2006, USM 285 forms were returned unexecuted as to the defendants Alie, Cunningham, and Sagers (D.I. Nos. 12, 13, and 14);

WHEREAS, on March 1, 2007, an Order was issued directing the plaintiff to show good cause why the defendants Alie, Cunningham, and Sagers should not be dismissed for failure to effect service (D.I. 46);

WHEREAS, on March 9, 2007, a response to the Order to Show Cause was filed by the plaintiff (D.I. 47);

IT IS ORDERED that:

The plaintiff will have 30 days from the date of this Order to effect service upon the defendants Alie, Cunningham, and Sagers. Failure to serve these defendants within the required time will result in their dismissal, without further notice. No further extensions will be granted.



UNITED STATES DISTRICT JUDGE

March 13 , 2007

**FILED**

MAR 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE