IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM A. NEWSOM | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 05-673 GMS |
| STANLEY W. TAYLOR, et al. | : | |
| Defendants | : | |

**ORDER**

WHEREAS, on September 15, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on June 1, 2006, USM 285 forms were returned unexecuted as to the defendants Alie, Cunningham, and Sagers (D.I. Nos. 12, 13, and 14);

WHEREAS, on March 1, 2007, an Order was issued directing the plaintiff to show good cause why the defendants Alie, Cunningham, and Sagers should not be dismissed for failure to effect service (D.I. 46);

WHEREAS, on March 9, 2007, a response to the Order to Show Cause was filed by the plaintiff (D.I. 47);

WHEREAS, on March 13, 2007, an Order was issued giving the plaintiff an additional 30 days to effect service upon the defendants Alie, Cunningham, and Sagers (D.I. 49);

WHEREAS, to date, the docket reflects no further activity with regard to these defendants.

IT IS ORDERED that:

The defendants Dr. Sitta B. Alie, Captain Sagers, and Security Superintendent Cunningham are DISMISSED, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE

May 3, 2007



FILED

MAY - 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE