LAW OFFICES

# MCCULLOUGH & MCKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH  (DE, PA)<br>DANIEL L. MCKENTY   (DE)<br>GERALD J. HAGER   (DE, PA)<br>DANA M. SPRING   (DE)<br><br>**PARALEGALS**<br>JUSTINA K. BAYLESS<br>CANDACE E. HOLMES.<br>LAURA B. SPENCE<br>MARY S. MOONEY | 1225 N. KING STREET<br>SUITE 1100<br>P.O. BOX 397<br>WILMINGTON, DE 19899-0397<br><br>TEL: (302) 655-6749<br>FAX: (302) 655-6827 | **PENNSYLVANIA OFFICE**<br>123 S. Broad Street<br>Suite 2035<br>Philadelphia, PA 19109<br><br>**Writer's Direct Contact**<br>Telephone Extension: 31<br>dmonzo@mccmck.com<br>Www.mccmck.com |

May 18, 2007

Judge Gregory M. Sleets
U.S. District Court
District of Delaware
844 N. King St., Lock Box 8
Wilmington, DE 19801

      **RE:**    **William Allen Newsom v. FCM**
                **Civil Action No. 05-673 (GMS)**

Dear Judge Sleets:

      This letter is in response to plaintiff's Declaration for Entry of Default, D.I. 50. In response to plaintiff's Declaration for Entry of Default, defendant, First Correctional Medical, LLC, has filed a Motion to Dismiss, D.I. 54. We request that at this time, that your Honor deny plaintiff's Declaration for Entry of Default as plaintiff has failed to file any sort of Motion to Compel. Additionally, First Correctional Medical, LLC requests that your Honor file a Stay of Discovery until the Motion to Dismiss, which is potentially case dispositive, is decided.

      Please do not hesitate to contact me with any questions or concerns.

                                        Respectfully yours,


                                        /s/ Dana Spring Monzo
                                        Dana Spring Monzo

DSM:rmc
H:\FILES\DAN\Newsom (FCM)\Judge Sleet 2 re Dec for Entry DeFault .wpd
    cc:     William Allen Newsom
             Eileen Kelly, Esquire