DISTRICT FOR DELAWARE

| | |
|---|---|
| WILLIAM A. NEWSOM<br>PLAINTIFF,<br><br>-V-<br><br>STANLEY W. TAYLOR, ET AL.<br>DEFENDANTS. | ) <br>) <br>) <br>) C.A. No. 05-673 GMS<br>) <br>) <br>) <br>) <br>) <br>) |

FILED
JUN - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION TO STAY CIVIL PROCEEDINGS

NOW COMES THE PLAINTIFF, WILLIAM A. NEWSOM, PRO SE, RESPECTFULLY PETITIONING THIS HONORABLE COURT FOR A STAY OF PROCEEDINGS FOR THE FOLLOWING REASONS:

1) COMPLAINT WAS FILED PURSUANT TO 42 U.S.C. 1983 ON SEPTEMBER 15, 2005.

2) PLAINTIFF FILED FOR STAY OF PROCEEDINGS ON AUGUST 2006 DUE TO SPINAL SURGERY.

3) STAY OF PROCEEDINGS WAS LIFTED ON DECEMBER 19, 2006.

4) PLAINTIFF WAS ADMITTED INTO THE PRISON HOSPITAL ON MAY 24, 2007 FOR SPINAL COMPLICATIONS.

5) PLAINTIFF IS CURRENTLY AWAITING A SECOND SPINAL SURGERY WITHIN THE NEXT 15 TO 30 DAYS.

6.) PLAINTIFF IS INCAPACITATED AND UNABLE TO CONTINUE TO PROCEED WITH THIS CIVIL ACTION AT THIS TIME.

FOR THE FOREGOING REASONS, THE PLAINTIFF RESPECTFULY REQUEST THIS HONORABLE COURT TO GRANT HIM A STAY OF PROCEEDINGS AT THIS TIME.

MAY 31, 2007

RESPECTFULY SUBMITTED,

*William A. Newsom*

WILLIAM A. NEWSOM
SBI.# 257317
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE
         19977

I WILLIAM A. NEWSOM HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THIS MOTION FOR STAY OF CIVIL PROCEEDINGS UPON THE FOLLOWING PARTIES:

UNITED STATES DISTRICT COURT
844 North King Street
Lock Box 18
Wilmington, DELAWARE 19801

EILEEN KELLY, ESQ
DEPARTMENT OF JUSTICE
820 NORTH FRENCH ST.
WILMINGTON, DELAWARE
19801

DANA SPRING MONZO, ESQ.
McCOLLOUGH + McKENTY P.A.
Suite 1100
1225 N. King Street
P.O. Box 397
Wilmington, DE 19899-0397

MAY 31, 2007                                William A. Newsom

I/M WILLIAM A. NEWSOM
SBI# 257317   UNIT I.N.F. WARD 4/BED 4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
01 JUN 2007 PM 2 L

U.S. MS
X-RAY

UNITED STATES DISTRICT COURT
844 NORTH KING ST.
LOCKBOX 18
WILMINGTON, DELAWARE
19801