UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM ALLEN NEWSOM, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-673 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER STANLEY W. TAYLOR | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| DEPUTY WARDEN DAVID PIERCE, | ) | JURY OF TWELVE DEMANDED |
| CAPTAIN SAGERS, SECURITY | ) | |
| SUPERINTENDENT CUNNINGHAM, | ) | |
| FIRST CORRECTIONAL MEDICAL, LLC, | ) | |
| DR. SITTA B. ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First Correctional Medical, LLC.


McCULLOUGH & McKENTY, P.A.                    McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo                         /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*          Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                           Legal Arts Building
1225 King Street, Suite 1100                  1225 King Street, Suite 1100
P.O. Box 397                                  P.O. Box 397
Wilmington, DE 19899-0397                     Wilmington, DE 19899-0397
302-655-6749                                  302-655-6749
Attorney for Defendant                        Attorney for Defendant
First Correctional Medical, LLC               First Correctional Medical Services, LLC


Dated: June 11, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM ALLEN NEWSOM, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-673 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER STANLEY W. TAYLOR | ) | |
| BUREAU CHIEF PAUL HOWARD, | ) | |
| DEPUTY WARDEN DAVID PIERCE, | ) | JURY OF TWELVE DEMANDED |
| CAPTAIN SAGERS, SECURITY | ) | |
| SUPERINTENDENT CUNNINGHAM, | ) | |
| FIRST CORRECTIONAL MEDICAL, LLC, | ) | |
| DR. SITTA B. ALIE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals via first class mail:

William A. Newsom
S.B.I.# 257317
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977


/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 11, 2007