IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NEWSOM | : |
| Plaintiff | : |
| v. | : Civil Action No. 05-673 GMS |
| STANLEY W. TAYLOR, et al. | : |
| Defendants | : |

### ORDER

WHEREAS, on September 15, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on August 28, 2006, this case was stayed at the request of the plaintiff due to scheduled spinal surgery (D.I. 30);

WHEREAS, on December 19, 2006, an Order was issued lifting the stay of this case (D.I. 38);

WHEREAS, on June 4, 2007, the plaintiff filed a second motion to stay due to the necessity of an additional spinal surgery (D.I. 56).

WHEREAS, to date, the court docket reflects that no opposition to the motion to stay has been filed by the defendants.

IT IS THEREFORE ORDERED that:

1. The plaintiff's motion to stay the proceedings is GRANTED; and

2. The plaintiff will file a status report no later than October 5, 2007, advising the court of his progress.

June __21__, 2007

UNITED STATES DISTRICT JUDGE

FILED
JUN 2 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE