# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William A. Newsom, <br> Plaintiff, <br><br> v. <br><br> Stanley W. Taylor, et al. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-673 GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

Status Report

FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Now comes the plaintiff, William A. Newsom, pro-se, respectfuly submitting a status report with this honorable court concerning his stay of proceedings:

Whereas, on September 15, 2005, plaintiff filed a complaint in the above captioned case.

Whereas, on August 28, 2006, this case was stayed due to plaintiff having spinal surgery.

Whereas, on December 19, 2006, an Order was issued lifting the stay of this case.

Whereas, on June 4, 2007, a 2nd stay of proceedings was file due to additional spinal surgery that was scheduled to be performed.

Wherfore, the plaintiff now submits that he has recoverd from his spinal surgery and respectfuly request this honorable court to issue an Order lifting his stay of proceedings and allow this case to move forward at this time.

Submitted this 14 day of August, 2007.

*William A. Newsom*
William A. Newsom  SBI#257317
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Certificate of Service

I, William A. Newsom hereby certify that I have served a true and correct copy(ies) of the attached Status Report upon the following parties/persons:

To: Eileen Kelly, DAG

    Carvel State Building

    820 N. French Street

    Wilmington, Delaware 19801

To: Daniel L. McKenty, esq.

    1225 King Street, Suite 1100

    P.O. Box 397

    Wilmington, Delaware 19899

To: Office of the Clerk

    United States District Court

    844 N. King Street, Lockbox 18

    Wilmington, Delaware 19801

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 14 day of August, 2007

*William A. Newsom* (signature)

William A. Newsom
SBI # 257317



WILMINGTON DE 197

I/M WILLIAM A. NEWSOM
SBI# 257317   UNIT  T-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE
19801