To: Peter Daleo, Clerk of Court  
    United States District Court

August 21, 2007

From: William A. Newsom  
    SBI# 257317  
    Delaware Correctional Center  
    1181 Paddock Road  
    Smyrna, Delaware 19977

**RE: Court Docket Sheet for Civil Action, <u>CV-05-673 GMS</u>**

Dear Mr. Daleo:

    I am writing to request a current docket sheet for the above captioned case. Your time and assistance with this request will be greatly appreciated.

        Sincerely,

        *William A. Newsom*  
        William A. Newsom



FILED  
AUG 2 3 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

BD Scanned

I/M WILLIAM A. NEWSOM
SBI# 257317  UNIT T-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 AUG 2007 PM 1 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DELAWARE
19801