# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

William A. Newsom, )
    Plaintiff, )
     )
v. )    Civil Action No. 05-673GMS
     )
Stanley W. Taylor, et al., )
    Defendant. )

## PLAINTIFF'S DISCOVERY

Plaintiff requests that the defendants for Delaware Department of Corrections, disclose all initial information and documents the defendants will use to support its defenses, and serve them upon plaintiff within 30 days pursuant to Fed. R. Civ. P. 26(a)(1)

1. A servable address for retired Security Superintendent Cunningham who was employed at the Delaware Correctional Center. This individual was dismissed without prejudice on May 3, 2007. Because he is a Key defendant in plaintiff's case, plaintiff will be amending his complaint to add this individual back on his complaint as a defendant.

2. A servable address for retired Captain Clyde Sagers who was employed at the Delaware Correctional Center. This individual was dismissed without prejudice on May 3, 2007. Because he is a key defendant in plaintiff's case, plaintiff will be amending his complaint to add this individual back on his complaint as a defendnat.

Submitted this 29 day of August, 2007.

*William A. Newsom*
William A. Newsom SBI#257317
Delawere Correctional Center
1181 Paddock road
Smyrna, DE 19977



RECEIVED
AUG 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Certificate of Service

I, William A. Newsom hereby certify that I have served a true and correct copy(ies) of the attached Motion for Discovery upon the following parties/persons:

| | |
|---|---|
| To: Daniel McKenty<br><br>1225 N. King St., Suite 1100<br><br>P.O. Box 397<br><br>Wilmington, De. 19899 | To: |
| To: Eileen Kelly, DAG<br><br>Civil Division<br><br>820 N. French St.<br><br>Wilmington, De. 19801 | To: |
| To: U.S. District Court<br><br>844 N. King St.<br><br>LockBox 18<br><br>Wilmington, De. 19801 | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 29th day of August, 2007

/s/ William A. Newsom
William A. Newsom
SBI # 257317

IM WILLIAM A. NEWSOM
SBI# 257317  UNIT T-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT
844 N. KING ST.
LOCKBOX 18
WILMINGTON, DELAWARE
19801

