IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William A. Newsom,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    Civil Action No. 05-673GMS |
| Stanley W. Taylor, et al.,<br>    Defendant. | )<br>)<br>)<br>) |

PLAINTIFF'S DISCOVERY

Plaintiff requests that the defendants First Correctional Medical, disclose all initial information and documents the defendants will use to support its defenses, and serve them upon plaintiff within 30 days pursuant to Fed. R. Civ. P. 26(a)(1)

1. A servable address for Dr. Sitta B. Alie. Dr. Alie was employed by First Correctional Medical and worked at the Delaware Correctional Center. Dr. Alie was dismissed without prejudice on May 3, 2007. Because she is a key defendant in plaintiff's case, plaintiff will be amending his complaint to include her back on it.

Submitted this 29 day of August, 2007.

William A. Newsom  SBI#257317
Delawere Correctional Center
1181 Paddock road
Smyrna, DE 19977



RECEIVED AUG 31 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## Certificate of Service

I, William A. Newsom hereby certify that I have served a true and correct copy(ies) of the attached Motion for Discovery upon the following parties/persons:

| | |
|---|---|
| To: Daniel McKenty<br><br>1225 N. King St., Suite 1100<br><br>P.O. Box 397<br><br>Wilmington, De. 19899 | To: |
| To: Eileen Kelly, DAG<br><br>Civil Division<br><br>820 N. French St.<br><br>Wilmington, De. 19801 | To: |
| To: U.S. District Court<br><br>844 N. King St.<br><br>LockBox 18<br><br>Wilmington, De. 19801 | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 29th day of August, 2007

_William A. Newsom_
William A. Newsom
SBI # 257317