IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William A. Newsom,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. 05-673GMS |
| Stanley W. Taylor, et al.,<br>    Defendant. | )<br>)<br>) |

### MOTION TO AMEND PLEADING

Plaintiff William A. Newsom moves to amend his pleading pursuant to Fed. R. Civ. P. 15(a), and in support of motion, states:

1. The plaintiff in his origional complaint listed Captain Clyde Sagers, Security Superintendant Cunningham, and Dr. Sitta B. Alie as defendants.

2. Since the filing of this complaint, these defendant's were dismissed without prejudice on May 3, 2007 for failure to complete service upon them.

3. Plaintiff has filed for discovery on August 29, 2007 with the propper parties for a servable address for these said defendant's.

4. This Court should grant leave freely to amend this complaint. Foman v. Davis, 371 U.S. 178, 182 (1962).

Submitted this 27 day of AUGUST, 2007.

*William A. Newsom*
WILLIAM A. NEWSOM SBI #257317
Delawere Correctional Center
1181 Paddock road
Smyrna, DE 19977



RECEIVED AUG 31 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## Certificate of Service

    I, William A. Newsom hereby certify that I have served a true and correct copy(ies) of the attached Motion to Amend upon the following parties/persons:

| | |
|---|---|
| To: Daniel McKenty<br><br>1225 N. King St., Suite 1100<br><br>P.O. Box 397<br><br>Wilmington, De. 19899 | To: |
| To: Eileen Kelly, DAG<br><br>Civil Division<br><br>820 N. French St.<br><br>Wilmington, De. 19801 | To: |
| To: U.S. District Court<br><br>844 N. King St.<br><br>LockBox 18<br><br>Wilmington, De. 19801 | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 29th day of August, 2007

*William A. Newsom*
William A. Newsom
SBI # 257317