IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |  |
|---|---|---|
| WILLIAM A. NEWSOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-673-GMS |
| | ) | |
| BUREAU CHIEF PAUL HOWARD, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of Department of Correction Defendants: Paul Howard, Stan Taylor and David Pierce in place of Eileen Kelly.


STATE OF DELAWARE                              STATE OF DELAWARE
DEPARTMENT OF JUSTICE                          DEPARTMENT OF JUSTICE


 /s/ Eileen Kelly                              /s/ Catherine Damavandi
Eileen Kelly, ID#2884                          Catherine Damavandi, ID#3823
Deputy Attorney General                        Deputy Attorney General
Department of Justice                          Department of Justice
Carvel State Office Bldg.,                     Carvel State Office Bldg.,
820 N. French Street, 6th Fl.,                 820 N. French Street, 6th Fl.,
Wilmington, DE  19801                          Wilmington, DE  19801
(302)577-8400                                  (302)577-8400


Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007 I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on October 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

William A. Newsom.
SBI#257317
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Catherine Damavandi
    Catherine Damavandi, ID#3823
    Deputy Attorney General
    Department of Justice
    Carvel State Bldg., 6th Fl.,
    820 N. French Street
    Wilmington, DE  19801