IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| William A. Newsom | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-673 GMS |
| | ) | |
| Stanley W. Taylor, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Second Request to Lift Stay of Proceedings

Now comes the plaintiff, William A. Newsom, pro se, respectfuly requests for this honorable court to lift a stay of proceedings that was issued on June 21, 2007. Plaintiff filed a request to lift this stay on August 29, 2007 and has not heard from the court since the first filing.

Submitted this 31 day of October, 2007.

*William A. Newsom*
William A. Newsom  SBI#257317
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



FILED
NOV - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

## Certificate of Service

I, William A. Newsom hereby certify that I have served a true and correct copy(ies) of the attached Second request to Lift Stay of Proceedings upon the following parties/persons:

To: Daniel McKenty

    1225 N. King St. , Suite 1100

    P.O. Box 397

    Wilmington, Delaware 19899

To: U.S. District Court

    844 N. King St.

    LockBox 18

    Wilmington, Delaware 19801

To: Catherine Damavandi

    Deputy Attorney General

    820 N. French St.

    Wilmington, Delaware 19801

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 31 day of October, 2007

_William A. Newsom_
William A. Newsom
SBI # 257317

I/M William A. Newsom
SBI# 257317  UNIT W/G-13
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 1997

W.M.S.
RAY

WILMINGTON DE 197
01 NOV 2007 PM 3 T

U.S. DISTRICT COURT
844 N. KING ST.
LOCKBOX 18
WILMINGTON, DELAWARE
19801