IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM A. NEWSOM | : |
| Plaintiff | : |
| v. | : Civil Action No. 05-673 GMS |
| STANLEY W. TAYLOR, et al. | : |
| Defendants | : |

**ORDER LIFTING STAY**

WHEREAS, on June 21, 2007, the above-captioned case was stayed pending the plaintiff's scheduled spinal surgery (D.I. 58);

WHEREAS, on August 16, 2007, a status report was filed by the plaintiff indicating that he had recovered from his surgery and requesting that the court lift the stay of this case (D.I. 59);

WHEREAS, on November 2, 2007, the plaintiff filed an additional request to lift the stay of this case (D.I. 66);

IT IS HEREBY ORDERED that:

The stay of this case is hereby LIFTED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

November __5__, 2007

FILED
NOV - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE